IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


MICHAEL WALKER, ADC #114013                                          PLAINTIFF


vs                              2:08CV00026-WRW


ALLCARE CORRECTIONAL PHARMACY, et al                             DEFENDANTS


<u>ORDER</u>

Pursuant to the separate defendant's Motion to Dismiss, it appears the defendant is

incorrectly named.   The Clerk is directed to change the name of this defendant to:

ALLCARE CORRECTIONAL PHARMACY, LLC

IT IS SO ORDERED this 2nd day of April, 2008.


AT THE DIRECTION OF THE COURT
JAMES McCORMACK, CLERK



/s/ Mary A. Johnson, Deputy Clerk


ord.nmchng.wpd