**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHEAL WALKER
ADC #114013                                                                                                    PLAINTIFF

V.                                            NO: 2:08CV00026 WRW/HDY

GOODMAN *et al.*                                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Defendant AllCare Correctional LLC's motion to dismiss (docket entry #39) is GRANTED, and Plaintiff's claims against AllCare Correctional LLC are DISMISSED WITH PREJUDICE.

2.     AllCare Correctional LLC's pending motion to quash or to dismiss (docket entry #20) is DENIED AS MOOT.

DATED this 1st day of May, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE