**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHEAL WALKER
ADC #114013                                                                                                    PLAINTIFF

V.                                         NO: 2:08CV00026 WRW

GOODMAN *et al.*                                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED THAT:

1.        Defendant Wendy Kelley's motion to dismiss (docket entry #14) is GRANTED, and Plaintiff's claims against Kelley are DISMISSED WITH PREJUDICE.

2.        The motion to dismiss filed by Beverly Goodman, and Charlotte Green (docket entry #26) is GRANTED, and Plaintiff's claims against Goodman and Green are DISMISSED WITH PREJUDICE.

3.        Plaintiff's complaint is DISMISSED WITH PREJUDICE.

4.        The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE