**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHEAL WALKER
ADC #114013                                                                                                    PLAINTIFF

V.                                            NO: 2:08CV00026 WRW

GOODMAN *et al.*                                                                                             DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of May, 2008.

                                                                /s/ Wm. R. Wilson, Jr._____
                                                                UNITED STATES MAGISTRATE JUDGE